UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAAC ANGELO EUGENE BLACKMAN,<br>aka "Shadow"<br><br>DERICK LAMAR HOWARD,<br><br>KEVIN DEWAYNE WALKER, and<br><br>KEVIN ERIC COLEMAN,<br><br>Defendants. | 2:24-cr-31-APG-NJK<br><br>**Order**<br><br>(Docket No. 21) |

For good cause shown, the Court GRANTS the United States' motion. Docket No. 21.

The Court orders the case numbers identified below and any documentation filed therein unsealed:

| Case Number | In the Matter of: |
|---|---|
| 2:23-mj-909-NJK | IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 510-998-8322, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE |
| 2:23-mj-912-NJK | IN THE MATTER OF THE TRACKING OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 510-998-8322, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE |

| | |
|---|---|
| 2:24-mj-017-EJY | IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 510-889-0722, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE |
| 2:24-mj-018-EJY | IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 510-889-0722, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE |
| 2:24-mj-019-EJY | IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 773-949-2222, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE |
| 2:24-mj-020-EJY | IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 773-949-2222, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE |
| 2:24-mj-62-BNW | IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 510-998-8322, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE |
| 2:24-mj-63-BNW | IN THE MATTER OF THE TRACKING OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 510-998-8322, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE |
| 2:24-mj-64-BNW | IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 510-316-1192, |

|  | THAT IS STORED AT PREMISES CONTROLLED BY AT&T |
|---|---|
| 2:24-mj-65-BNW | IN THE MATTER OF THE TRACKING OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 510-998-8322, THAT IS STORED AT PREMISES CONTROLLED BY 510-316-1192, THAT IS STORED AT PREMISES CONTROLLED BY AT&T |
| 2:24-mj-175-177-DJA | IN THE MATTER OF THE SEARCH OF:<br><br>PREMISES KNOWN AS 854 APPLEBLOSSOM TIME AVE., NORTH LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA<br><br>A CHRYSLER VAN WITH VIN # 2C4RC1BG6LR140322 AND/OR TEMPORARY TAG: NY407549<br><br>ONE (1) CELL PHONE, UNKNOWN COLOR/MODEL, BELIEVED TO BE ASSOCIATED WITH ISAAC ANGELO EUGENE BLACKMAN AT PHONE NUMBER 510-998-8322 |

IT IS SO ORDERED:

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED:  March 20, 2024

3