RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Isaac Angelo Eugene Blackman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ISAAC ANGELO EUGENE BLACKMAN ET AL,<br><br>             Defendant. | Case No. 2:24-cr-00031-APG-NJK<br><br>**STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Isaac Angelo Eugene Blackman, and Maysoun Fletcher, counsel for Kevin Eric Coleman, and Lance James Hendron, counsel for Kevin Dewayne Walker, and Amanda S. Pellizzari, counsel for Derick Lamar Howard, that the pretrial motion deadlines currently due on  August 5, 2024, be vacated and

continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel recently received new disclosures of discovery and require additional time to review the discovery, conduct independent investigation, confer with the defendants about their legal options, and evaluate any pretrial issues that may need to be litigated.

2. The defendants are out of custody and agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the second request for a continuance of the pretrial motion deadlines.

DATED: August 2, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen* <br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ David C. Kiebler* <br>DAVID C. KIEBLER<br>Assistant United States Attorney |
| By */s/ Maysoun Fletcher* <br>MAYSOUN FLETCHER<br>Counsel for Kevin Eric Coleman | By */s/ Lance James Hendron* <br>LANCE JAMES HENDRON<br>Counsel for Kevin Dewayne Walker |
| By */s/ Amanda S. Pellizzari* <br>AMANDA S. PELLIZZARI<br>Counsel for Derick Lamar Howard | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ISAAC ANGELO EUGENE BLACKMAN ET AL,<br><br>    Defendant. | Case No. 2:24-cr-00031-APG-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel recently received new disclosures of discovery and require additional time to review the discovery, conduct independent investigation, confer with the defendants about their legal options, and evaluate any pretrial issues that may need to be litigated.

2. The defendants are out of custody and agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section

4

3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

### ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including __9/4/2024__ to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties herein shall have to and including __9/18/2024__ to file any and all responses.

IT IS FURTHER ORDERED that the parties herein shall have to and including 9/23/20024 to file any and all replies.

DATED this ___5th___ day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE