UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DERICK HOWARD,<br><br>Defendants. | CASE NO.   2:24-cr-00031-APG-NJK<br><br>**ORDER DIRECTING<br>PREPARATION OF PRE-PLEA PSR** |

Based on the foregoing motion, and good cause appearing, it is hereby ordered that the United States Probation Office prepare a pre-plea PSR detailing Mr. Howard's criminal history.

IT IS SO ORDERED.

Dated this 4th day of December 2024

_____
UNITED STATES DISTRIC JUDGE

4